IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GENEVA ANN WALKER-SCURRY,

      Plaintiff,

v.                                    CASE NO. 4:06cv309-RH/WCS

JOHN E. POTTER, POSTMASTER
GENERAL,

      Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 37), the objections (document 40), and the response to the objections (document 41). I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant's motion for summary judgment (document 30) is GRANTED. Plaintiff's motion for a trial (document 33) is DENIED. The clerk shall enter judgment stating, "This action is dismissed with prejudice." The clerk

shall close the file.

      SO ORDERED this 26th day of March, 2008.

                                                s/Robert L. Hinkle  
                                                Chief United States District Judge